Exhibit 3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| STATIC CONTROL COMPONENTS, INC., <br><br> PLAINTIFF/COUNTERCLAIM DEFENDANT <br><br> v. <br><br> LEXMARK INTERNATIONAL, INC., <br><br> DEFENDANT/COUNTERCLAIM PLAINTIFF <br><br> v. <br><br> WAZANA BROTHERS INTERNATIONAL, INC. d/b/a MICRO SOLUTIONS ENTERPRISES <br><br> COUNTERCLAIM DEFENDANT <br><br> v. <br><br> PENDL COMPANIES, INC. <br><br> COUNTERCLAIM DEFENDANT <br><br> v. <br><br> NER DATA PRODUCTS, INC. <br><br> COUNTERCLAIM DEFENDANT | WESTERN DISTRICT OF KENTUCKY <br> CIVIL ACTION NO. 3:06mc42-S <br><br><br> Civil Action No. 04-CV-84-GFVT <br> Pending in United States District Court <br> Eastern District of Kentucky <br> Honorable Gregory F. Van Tatenhove |

**DECLARATION OF JOEL T. BERES**

I, Joel T. Beres, declare as follows:

1.   I am a Member of Stites & Harbison, PLLC and lead trial attorney representing Pendl Companies, Inc. ("Pendl") Civil Action No. 04-CV-84-GFVT currently pending in United States District Court for the Eastern District of Kentucky.

PE147:00PE1:558696:1:LOUISVILLE

2. After receiving Lexmark's Counterclaim, Pendl retained the law firm of Stites & Harbison as trial counsel for its defense.

3. Stites & Harbison had never performed legal work of any kind for Pendl before this retention.

4. Stites & Harbison was retained and has served solely as Pendl's trial counsel in this matter.

5. The retention agreement between Stites & Harbison and Pendl limits Stites & Harbison's representation to defending Lexmark's suit.

6. Stites & Harbison has never provided Pendl advice as to validity of any Lexmark patent.

7. Stites & Harbison has never provided advice on the validity of Mr. Robert Becker's advice in 1999, which forms the basis for Pendl's advice of counsel defense.

8. Each and every communication between Stites & Harbison and Pendl has been limited to discussions of litigation or trial strategy.

9. Each and every document provided to Pendl has similarly dealt solely with such litigation and trial strategy.

I make this declaration under penalties of perjury pursuant to 28 US.C. § 1746, and I state that the facts set forth herein are true.

Joel T. Beres

Dated: October 30, 2006