UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| STATIC CONTROL COMPONENTS, INC., | |
|    PLAINTIFF/COUNTERCLAIM DEFENDANT | WESTERN DISTRICT OF KENTUCKY CIVIL ACTION NO. 3:06mc42-S |
| v. | |
| LEXMARK INTERNATIONAL, INC., | |
|    DEFENDANT/COUNTERCLAIM PLAINTIFF | Civil Action No. 04-CV-84-GFVT Pending in United States District Court Eastern District of Kentucky Honorable Gregory F. Van Tatenhove |
| v. | |
| WAZANA BROTHERS INTERNATIONAL, INC. d/b/a MICRO SOLUTIONS ENTERPRISES | |
|    COUNTERCLAIM DEFENDANT | |
| v. | |
| PENDL COMPANIES, INC. | |
|    COUNTERCLAIM DEFENDANT | |
| v. | |
| NER DATA PRODUCTS, INC. | |
|    COUNTERCLAIM DEFENDANT | |

## ORDER

Having reviewed the subpoena issued by the Lexmark International, Inc. on Stites & Harbison, litigation counsel for Pendl Companies, Inc., and having considered Stites & Harbison's motion to quash the subpoena and for the award of attorney's fees;

IT IS HEREBY ORDERED the subpoena on Stites & Harbison is quashed. Stites &

Harbison is awarded its attorney's fees pending the submission by counsel of an affidavit detailing these fees.

_____<br>JUDGE

Tendered by:

/Joel T. Beres/
Joel T. Beres
STITES & HARBISON, PLLC
400 W. Market St., Suite 1800
Louisville, Kentucky 40202
Telephone: (502) 587-3400
Facsimile: (502) 587-6391
Attorney for Stites & Harbison